JUBE, Respondent, *v.* HODGE, Appellant.

(*Common Pleas of New York City and County, General Term.* March 3, 1891.)

On reargument.

I. N. Williams, for appellant.   A. Gilhooly, for respondent.

PER CURIAM. Final order reversed, with $10 costs. The reversal on the former argument to stand. See 11 N. Y. Supp. 957, *mem.;* 12 N. Y. Supp. 960, *mem.*

---

PEOPLE *ex rel.* CORPORATION OF ST. STEPHEN'S *v.* BLACKHURST.

(*Supreme Court, General Term, First Department.* January 13, 1891.)

No opinion. Motion granted, with $10 costs. See 15 N. Y. Supp. 114.